

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00094-CV

_____

GEORGE DOUGLAS, Appellant

V.

JACK MARTINSEN AND BARBARA K. MARTINSEN-ANICH, Appellee

On Appeal from the 2nd District Court
Cherokee County, Texas
Trial Court No. 2010-09-0616

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Court reporter Jenny L. Hoyt recorded the trial court proceedings in appellate cause number 06-19-00094-CV, styled *George Douglas v. Jack Martinsen and Barbara K. Martinsen-Anich*, trial court cause number 2010-09-0616 in the 2nd Judicial District Court of Cherokee County, Texas. The reporter's record was originally due in this matter on December 30, 2019. That deadline was extended twice by this Court, on Hoyt's motions, resulting in the most recent due date of February 19, 2020. Although we warned Hoyt that additional requests to extend the filing deadline would not be granted, absent extraordinary circumstances, she has nonetheless filed a third request for an extension of the filing deadline. After reviewing Hoyt's third extension request, we found no extraordinary circumstances that would warrant a third extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, order Hoyt to file the complete reporter's record in cause number 06-19-00094-CV, styled *George Douglas v. Jack Martinsen and Barbara K. Martinsen-Anich*, trial court cause number 2010-09-0616 in the 2nd Judicial District Court of Cherokee County, Texas, to be received no later than March 20, 2020.

2

IT IS SO ORDERED.

BY THE COURT

Date:   February 25, 2020